No. 87–6119.   BRANCH v. UTAH.   Sup. Ct. Utah.   Certiorari denied.

No. 87–6343.   HENSLEE v. SYKES, DIRECTOR, DEPARTMENT OF ADMINISTRATIVE SERVICES.   Sup. Ct. Ohio.   Certiorari denied.

No. 87–6421.   FRAZIER v. SEABOLD, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 87–6509.   TAYLOR v. NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 87–6567.   PARKS v. ALLSBROOK, SUPERINTENDENT, ODOM COMPLEX, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–6569.   WALLS v. ADULT PAROLE AUTHORITY OF OHIO. C. A. 6th Cir.   Certiorari denied.

No. 87–6576.   BAGLEY v. NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.

No. 87–6577.   LARACUENTE v. CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.

No. 87–6578.   BUSH v. PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT PITTSBURGH.   C. A. 3d Cir.   Certiorari denied.

No. 87–6579.   JAMES v. ALFORD, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–6585.   LOSEY v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–6586.   WALLMULLER v. CALIFORNIA.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.

No. 87–6587.   PRYOR v. TEXAS.   Ct. App. Tex., 5th Dist. Certiorari denied.

No. 87–6590.   MORRIS v. DOAN ET AL.   C. A. 6th Cir.   Certiorari denied.